# United States District Court
# for the Southern District of Georgia
# Brunswick Division

MARVIN B. SMITH, III and
SHARON H. SMITH,

    Appellants,

v.

    CV 219-075

M. DELORES MURPHY,

    Appellee.

### ORDER

    The Court of Appeals recently affirmed this Court's affirmance of the Bankruptcy Court's dismissal of Appellants Marvin and Sharon Smith's adversary complaint filed against Appellee Delores Murphy. Dkt. No. 23. Additionally, the Court of Appeals found the record in this case supports a Rule 38 award of attorney's fees and costs against Appellants because "the arguments raised in th[e] appeal are frivolous and utterly without merit." Id. at 13. The Court of Appeals remanded the case to this Court for "a determination of the amount of reasonable attorney's fees and costs to be awarded." Id.

    Accordingly, within **fourteen (14) days** of the date of this Order, Appellee is **ORDERED** to file with the Court a brief, not to exceed ten (10) pages, addressing the amount of attorney's fees and costs sought in this matter. Appellants are permitted

to respond to Appellee's brief within **fourteen (14) days** of its filing.

    **SO ORDERED**, this 20 day of January, 2022.

                                        HON. LISA GODBEY WOOD, JUDGE
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF GEORGIA