# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

MARVIN B. SMITH, III, and  )
SHARON H. SMITH,  )
　　)
　　Plaintiffs/Appellants,  )
　　)　　2:19cv075
v.  )
　　)
M. DELORES MURPHY,  )
　　)
　　Defendant/Appellee.  )

## ORDER

The Judgment of the Court in the above-styled action having been affirmed by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This 17 day of August, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA